**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-4735**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

NORWELL CALVIN DANCE, a/k/a Dude, a/k/a "D",

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-98-178)

———————————

Submitted: April 13, 1999          Decided: April 28, 1999

———————————

Before LUTTIG and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Joseph N. Bowman, Alexandria, Virginia, for Appellant. Helen F. Fahey, United States Attorney, Michael E. Rich, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Norwell Calvin Dance was convicted following a jury trial of conspiracy to distribute marijuana and "crack" cocaine in violation of 21 U.S.C. § 846 (1994) (one count), distribution of marijuana in violation of 21 U.S.C. § 841(a)(1) (1994) (five counts), conspiracy to accept a bribe by a public official and to introduce controlled substances into a penal institution in violation of 18 U.S.C. § 371 (1994) (one count), introduction of marijuana into a penal institution in violation of 22 D.C. Code Ann. § 2603 (five counts), and acceptance of a bribe by a public official in violation of 18 U.S.C. § 201(b)(2)(C) (1994) (two counts). Dance timely appealed.

On appeal, Dance challenges the sufficiency of the evidence, contending that the evidence was circumstantial and that the Government's witnesses were not credible. Those challenges fail because we may not weigh the evidence or review the credibility of the witnesses. See United States v. Wilson, 118 F.3d 228, 234 (4th Cir. 1997).

Accordingly, we affirm Dance's convictions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED